251 So.2d 784

**Mrs. Patricia Lee SHERWOOD, Widow of Edmond P. SNELL**

v.

**BENEFICIAL FIRE AND CASUALTY INSURANCE COMPANY et al.**

**No. 51314.**

May 13, 1971.

In re: Mrs. Patricia Lee Sherwood, widow of Edmond P. Snell, applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 244 So.2d 647.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.